# United States Distric Court
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**

08 JAN 22 PM 12: 27

v.

**WARRANT FOR ARREST**

**CECIL A. BROOKS**

**CASE NUMBER:** 08-MJ-8007-JPO

**To:** **The United States Marshal
and any authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **CECIL A. BROOKS**

and bring him forthwith to the nearest magistrate to answer a

☐ Indictment  ☐ Information  **X** Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation

as provided for in Title 21, United States Code, Sections 856(a)(1), 860(a) and Title 18, United States Code, Section 2.

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF KANSAS
(KANSAS CITY OFFICE)
JAN 18 2008

HONORABLE JAMES P. O'HARA

U.S. Magistrate Judge

Name of Issuing Officer

Title of Issuing Officer

James P. O'Hara

January 18, 2008, Kansas City, Kansas

Signature of Issuing Officer

Date and Location

Bail fixed at $ To be set at initial appearance

by James P. O'Hara

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 500 STATE Kansas City, KS |

| DATE RECEIVED 01·18·08 | NAME AND TITLE OF ARRESTING OFFICER Task Force Officer Pamela Bennett | SIGNATURE OF ARRESTING OFFICER Paul O. Bennett |
|---|---|---|
| DATE OF ARREST 01·18·08 | | |