CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

CECIL A. BROOKS

Case No: 08-8007-JPO
AUSA: Trist Hunt
Deft. Atty.: Patrick J. O'Connor

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: | January 25, 2008 |
| DEPUTY CLERK: | Kathy Grant | TAPE/REPORTER: | 2:32 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Sporhase |

Length of Hearing: _____ Hr(s) Min(s) 10      Location: Kansas City, Kansas
Hearing Concluded  X  Yes  ___ No

## PROCEEDINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Rule 5 Hearing | ( ) | Initial Revocation Hearing | | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held   ( ) Waived | | ( ) | Bond Revocation Hearing |
| (X) | Preliminary Hearing | ( ) | Held   (X) Waived | | ( ) | Arraignment |
| (X) | Detention Hearing | ( ) | Held   (X) Waived | | ( ) | |
| ( ) | Discovery Conference | ( ) | Held   ( ) Waived | | | |

( )  Interpreter              ( )  Appointed              ( )  Sworn
( )  Charges and penalties explained to defendant
( )  Defendant sworn and examined re: financial ability to retain counsel
( )  Counsel appointed                    ( )  At defendant's expense
( )  Constitutional rights explained      ( )  Felony     ( )  Misdemeanor
( )  Defendant declined to waive indictment  ( )  Will be presented by next Grand Jury
( )  Signed Waiver of Indictment
( )  Advised of rights under              ( )  Rule 20
( )  Signed Consent to Transfer (Rule 20)
( )  Petition to Enter Plea Filed         ( )  Plea Agreement Attached
( )  Transfer to the _____ District of _____

( )  ARRAIGNMENT AND PLEA:                              ( )  No. of Counts ___
     ( )  Waived Reading of   ( )  Indictment   ( )  Information   ( )  Read to Defendant
     ( )  Previous Plea       ( )  Guilty       ( )  Not Guilty   Counts:_____Withdrawn
     ( )  Guilty                                                  Counts:_____Accepted
     ( )  Not Guilty                                              Counts: ___

( )  Bail fixed at              ( )  Bail denied              ( )  Bail remains denied
( )  $_____           ( )  Unsecured                ( )  Secured
( )  Release Order              ( )  Executed                 ( )  Continued in effect
(X)  Deft. remanded to custody  ( )  Pending compliance with conditions of release
(X)  Detention Ordered

Motions to be filed by:
Response(s) to be filed by:
Motions to be heard:
Deft's next appearance :   Wednesday, February 6, 2008, at 9:00 a.m. before the Judge O'Hara for an initial appearance on indictment, if returned.  If no indictment is returned, a status conference will be conducted.

Miscellaneous: