IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) Case No. 08-8007-JPO
)
CECIL A. BROOKS, )
)
        Defendant. )

FILED
JAN 2 5 2008
Clerk, U.S. District Court
By: _____ Deputy Clerk

## WAIVER OF DETENTION HEARING

I, CECIL A. BROOKS, charged in a complaint, and having been advised of my rights under the Bail Reform Act, 18 U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing.

Date: 1-25-08

_____
Defendant

_____
Counsel for the Defendant